ARTHUR LEE IVEY V. STATE.

No. 24574. December 21, 1949.

No attorney for appellant of record on appeal.

*George P. Blackburn,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

Murder without malice is the offense; the punishment, five years' confinement in the penitentiary.

That appellant killed deceased by stabbing him with a knife is not disputed. The facts support the verdict.

The defensive issues were pertinently submitted to the jury and in such a manner as that no exception or objection was reserved to the charge.

No error appearing, the judgment is affirmed.

Opinion approved by the court.